JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MD HYDRATION INC., a California corporation and HYDRATION HOLDING CO., LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>OCEANS IV HYDRATION LLC, a California limited liability company, NATHAN CASEY, an individual, and DOES 1-10,<br><br>Defendants. | Case No. 8:24-cv-01636-MRA (BFM)<br><br>Hon. Mónica Ramírez Almadani<br>Mag. Judge: Brianna Fuller Mircheff<br><br>**ORDER GRANTING STIPULATION FOR ENTRY OF JUDGMENT AND PERMANENT INJUNCTION**<br><br>Sched. Hearing Date: None<br>Time:  n/a<br>Courtroom:  10B<br><br>Date of Filing: July 25, 2024<br>Responsive Pldg: September 19, 2024 |

On June 25, 2025, Plaintiffs MD Hydration Inc. and Hydration Holding Co., LLC ("Plaintiffs") together with Defendants Oceans IV Hydration LLC and Nathan Casey ("Defendants"), consistent with their settlement agreement, filed a Stipulation for Entry of Judgment and Permanent Injunction to terminate the above entitled action by and between them.

The Court, having considered the parties' stipulation and finding good cause therefor, hereby GRANTS and enters the Judgement and Permanent Injunction against Defendants as follows:

1. Defendants are permanently enjoined from using, or causing any third party to use, the trademarks, trade names, business names, fictitious business names HYDRATION ROOM, HYDRATION REFRESH, HAPPY SHOT, SKINNY SHOT, SKINNY SHOT PROGRAM, LONGEVITY INJECTION, JET LAG REVIVAL,

FEELING HEAALTHIER JUST GOT EASIER, and any wave-design logos (collectively referred to hereinafter the "Marks"), whether registered or unregistered, or colorable imitation in any manner whatsoever.

2. Defendants are permanently enjoined from applying to register, or causing any third party to apply to register, any trademark, trade name, trade dress, business name, fictitious business name, and domain name or other intellectual property of any kind that is confusingly similar to or likely to cause confusion with the Marks.

3. Defendants will not oppose or seek to cancel Plaintiff's Marks, or cause any third party to oppose or cancel Plaintiff's Marks.

4. This Court has jurisdiction of the subject matter of this action and the Parties, and shall retain jurisdiction to enforce the terms of this Stipulated Judgment and Permanent Injunction;

5. Nothing in this Stipulated Judgment and Permanent Injunction waives any Party's right to bring an action against any other party hereto for any future unlawful conduct.

6. Except as specifically set forth in the Settlement Agreement, each side shall bear its own costs and attorneys' fees incurred in this action.

IT IS SO ORDERED.

Dated: June 27, 2025

_____
HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE